# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pavlo Malitskyi, | No. CV-25-02929-PHX-MTL (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| David R Rivas, et al., | |
| Respondents. | |

Petitioner Pavlo Malitskyi filed a Petition for Writ of Habeas Corpus Under § 2241, a Motion to Appoint Counsel, a Motion for Temporary Restraining Order and Preliminary Injunction, and a Motion for Limited Discovery. (Docs. 1-4.) The Court will grant the motions for counsel and for limited discovery and require Respondents to answer the Petition and motion for injunctive relief.

In his Petition, Petitioner names San Luis Regional Detention Center Warden David R. Rivas; Immigrations and Customs Enforcement ("ICE") San Diego Field Director Gregory J. Archambeault; United States Department of Homeland Security Secretary Kristi Noem; and United States Attorney General Pamela J. Bondi as Respondents. Petitioner raises three claims for relief.

Petitioner states he was born in 1984 in the Ukrainian Soviet Socialist Republic and lived in Ukraine at the time Russia invaded Ukraine in February 2022. (Doc. 1 ¶¶ 10-11.) Petitioner came to the United States under the "Uniting for Ukraine" program that granted Ukrainians advanced authorization to travel to the United States to seek

1  discretionary parole. (*Id.* ¶ 12.) Petitioner received parole as part of the Uniting for
2  Ukraine initiative, but it was extinguished on February 24, 2025, when he mistakenly
3  drove into Mexico after becoming lost while delivering UberEats in the San Diego area.
4  (*Id.* ¶¶ 13, 17.) When he turned around and presented himself at the San Ysidro Port of
5  Entry a few minutes later, his previous grant of parole was extinguished pursuant to
6  President Trump's Executive Order 14159 that suspended the Uniting for Ukraine
7  program and Petitioner became an arriving alien without authorization, was placed in
8  expedited removal proceedings, and was detained. (*Id.* ¶¶ 15-20). He remains in
9  immigration detention, which he claims violates the Fifth Amendment because there is no
10 reasonable probability of his removal to Ukraine in the reasonably foreseeable future,
11 violates the Fifth Amendment because ICE has not provided notice of a proposed third
12 country or provided an opportunity to request deferral or withholding of removal, violates
13 the Fifth Amendment because he has not been provided periodic custody reviews
14 required by regulation to determine whether removal is reasonably foreseeable and
15 whether his continued detention is appropriate. (Doc. 1 at 10-12.) Petitioner also seeks a
16 preliminary injunction directing his immediate release from detention. (Doc. 3.)

17 The Court will require Respondents to answer the Petition and motion. Petitioner
18 also moves for the appointment of counsel. The Court finds the interests of justice
19 support appointment of counsel in this matter and will grant the motion. 18 U.S.C.
20 § 3006A(a)(2)(B). Finally, Petitioner moves for limited discovery of six categories of
21 materials related to his immigration proceedings. The Court will grant the request for
22 limited discovery and direct Respondents to provide the requested documents within 14
23 days.

24 **IT IS ORDERED:**

25   (1)   Petitioner's Motion for Appointment of Counsel (Doc. 2) is **granted**.
26 Assistant Federal Public Defender Keith Hilzendeger is appointed to represent Petitioner
27 in this case pursuant to 18 U.S.C. § 3006A(a)(2)(B).

28 . . . .

(2) The Clerk of Court must enter the appearance of Assistant Federal Public Defender Hilzendeger on behalf of Petitioner in this action.

(3) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(4) If not already issued, the Clerk's Office must issue any properly completed summonses.

(5) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition and Motion for Temporary Restraining Order and Preliminary Injunction to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(6) Petitioner's Motion for Limited Discovery (Doc. 4) is **granted**. Respondents must respond to the six requests for documents **within 14 days** of this Order.

(7) Respondents must respond the Motion for Temporary Restraining Order and Preliminary Injunction no later than **August 29, 2025**. Petitioner may file a reply no later than **September 12, 2025**.

(8) Respondents must answer the petition within **twenty (20) days** of the date of service.

(9) Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

Dated this 18th day of August, 2025.

Michael T. Liburdi
United States District Judge